No. 00–8648.  BOND *v.* ANGELONE, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–8650.  PHILPOT *v.* HALL, WARDEN.  C. A. 11th Cir.
Certiorari denied.

No. 00–8652.  JAMES *v.* SCAVONI ET AL.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 00–8662.  ETTER *v.* JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A.
5th Cir.  Certiorari denied.

No. 00–8671.  HESSLER *v.* OHIO.  Sup. Ct. Ohio.  Certiorari
denied.

No. 00–8675.  PEARSON *v.* NEW YORK.  App. Div., Sup. Ct.
N. Y., 1st Jud. Dept.  Certiorari denied.

No. 00–8679.  PARSONS *v.* NEW YORK.  App. Div., Sup. Ct.
N. Y., 4th Jud. Dept.  Certiorari denied.

No. 00–8693.  PALMER *v.* WILLIAMS, WARDEN, ET AL.  C. A.
10th Cir.  Certiorari denied.

No. 00–8728.  SAVAGE *v.* VARNER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.
Certiorari denied.

No. 00–8760.  SNOW *v.* AULT, WARDEN.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 00–8786.  MANSFIELD *v.* FLORIDA.  Sup. Ct. Fla.  Certio-
rari denied.

No. 00–8807.  REED *v.* COOK, DIRECTOR, OREGON DEPART-
MENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00–8808.  SCHAEFER *v.* DESTEFANO ET AL.  Sup. Ct. Pa.
Certiorari denied.

No. 00–8827.  NULL *v.* PENNSYLVANIA ET AL.  Super. Ct. Pa.
Certiorari denied.